**Order Filed February 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00061-CV

### IN RE RAUL NOEL GOMEZ, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-97-00012-LK**

## ORDER

Before Justice Bridges, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DISMISS AS MOOT** relator's January 19, 2017 petition for writ of mandamus.

/s/ DAVID L. BRIDGES
    JUSTICE